# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re
Juan C. Vasquez-Ramirez )
)
) Case No.
)
Debtor(s). )

## VERIFICATION OF MASTER ADDRESS LIST|(EASTERN DISTRICT OF CALIFORNIA)

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: September 16, 2025

/s/ Juan C. Vasquez-Ramirez
Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
**501 I Street, Suite 3-200**
**Sacramento, CA 95814**

**Modesto Division**
**Mailing Address:**
**501 I Street, Suite 3-200**
**Sacramento, CA 95814**

**Physical Address:**
**1200 I Street, Suite 4**
**Modesto, CA 95354**

**Fresno Division**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721**

EDC 2-100 (Rev. 7/15/14)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Cavalry Portfolio Services

500 Summit Lake Dr

Valhalla, NY 10595-1340

CBNA

PO Box 6497

Sioux Falls, SD 57117-6497

Child Support Services

617 Mission Street

San Francisco, CA 94105

Deysi N Galdamez

79 Scotia Avenue

San Francisco, CA 94124

Franchise Tax Board

PO Box 942867

Sacramento, CA 94267-0001

Internal Revenue Service

PO Box 7346

Philadelphia, PA 19101-7346

Lake Lincoln Association, Inc

12647 Alcosta Blvd Suite 275

San Ramon, CA 94583

Nationstar Mortgage

8950 Cypress Waters Blvd

Coppell, TX 75019

Nationstar Mortgage

8950 Cypress Waters Blvd

Coppell, TX 75019

PHH Mortgage Services

PO Box 5452

Mount Laurel, NJ 08054-5452

Rushmore Servicing

PO Box 818060

Irvine, CA 92619

San Bernardino/San Fran DA

291 10th St

San Francisco, CA 94103

SYNCB/Lowes

PO Box 965060

Orlando, FL 32896-5060

The Home Depot Credit Services

PO Box 790328

Saint Louis, MO 63179-0328