**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Juan C. Vasquez-Ramirez,<br>Debtor. | ) Case No. 25-25033 - B - 7<br>) Docket Control No. AP-1<br>) Document No. 60<br>) Date: 05/05/2026<br>) Time: 11:00 AM<br>) Dept: B |

**Order**

The motion is ORDERED DENIED AS MOOT for reasons stated in the minute.

**Dated:** May 06, 2026

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court

[60] - Motion for Relief from Automatic Stay [AP-1] Filed by Creditor BRAVO Residential Funding Trust 2024-NQM2 (Fee Paid $199) (eFilingID: 7623179) (vcaf)